UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JACK PERSHING SEXTON and
RONALD KLAUDE KETTELLS,

Defendants.

Case No. CR11-383RSL

ORDER CONTINUING
TRIAL DATE AND PRETRIAL
MOTIONS DEADLINE

This matter comes before the Court on Defendants' third unopposed motion (Dkt. # 51) to continue their trial date. Having considered the facts set forth in the unopposed motion and the documents filed in support, each Defendant's knowing and voluntary waiver (Dkt. ## 52, 53), and the remainder of the record, the Court finds as follows:

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The ends of justice will be served by ordering a continuance in this case; a continuance is necessary to insure adequate time for defense negotiations and investigation, effective trial preparation, and an opportunity for each Defendant to benefit from these efforts; and these factors outweigh the best interests of the public and each Defendant in a more speedy trial, within the meaning of § 3161(h)(7)(A).

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 1

| | |
|---|---|
| 1 | IT IS THEREFORE ORDERED that the trial date shall be continued from September 10, 2012, to January 28, 2013.  The period of delay attributable to the filing and granting of this motion is excluded for speedy trial purposes pursuant to § 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B). |


IT IS THEREFORE ORDERED that the trial date shall be continued from September 10, 2012, to January 28, 2013.  The period of delay attributable to the filing and granting of this motion is excluded for speedy trial purposes pursuant to § 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

Pretrial motions are to be filed no later than November 30, 2012.

DATED this 4th day of September, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2